**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| United States of America,<br>               Plaintiff, | Case Number: 11-11767<br><br>Honorable: George Caram Steeh<br><br>Magistrate: Mona K. Majzoub<br><br>Claim Number:<br>1999A14291/1999A18036/1999A19213 |
| Zachary Leon Crawford,<br>               Defendant, | |

| | |
|---|---|
| Holzman Corkery, PLLC<br>Attorneys for Plaintiff<br>Charles J. Holzman (P35625)<br>Tamara Pearson (P56265)<br>28366 Franklin Rd.<br>Southfield, MI 48034<br>(248) 352-4340<br>usa@holzmanlaw.com | Zachary Leon Crawford<br>In Pro Per Defendant<br>8111 Prairie Street<br>Detroit, Michigan 48204 |

**ORDER FOR ENTRY OF CONSENT JUDGMENT**
**WITH PARTIAL PAYMENT PROVISIONS**

Upon the stipulation of Charles J. Holzman, attorney for the United States of America, plaintiff herein,

IT IS HEREBY ORDERED that Judgment is entered in favor the United States of America, and against Zachary Leon Crawford, in the principal amount of 633.78 for Claim 1999A14291, $2,843.54 for Claim 1999A18036, $2,625.00 for Claim 1999A19213, plus prejudgment interest from the date of default to date of judgment together with post-judgment interest pursuant to 28 U.S. C 1961, civil administrative costs of $80.74, and costs of $350.00, for a total balance of **$16,852.14** owing as of October 18, 2011.

IT IS FURTHER ORDERED that the Defendant, Zachary Leon Crawford, may satisfy said Judgment by making monthly payments of $100.00 beginning November 10, 2011. Payments are to continue until the full amount of the Judgment including damages and post judgment interest is paid in full. As long as the Defendant is in substantial compliance with this partial payment provision, no process shall issue for the enforcement of the Judgment.

IT IS FURTHER ORDERED that if the Defendant shall fail to make one single payment within ten (10) days of its due date, it will be deemed that the Defendant is not in substantial compliance with the partial payment provisions of this Judgment, and such partial payment provisions as contained herein shall be terminated and held for naught, and the Plaintiff may issue any process for the enforcement of this Judgment.

s/George Caram Steeh
United States District Judge

Dated: October 28, 2011